UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-CV-22583-RNS

MILLY MUNOZ, as personal representative
of the Estate of Javier Munoz, deceased,
on behalf of the Estate and MILLY MUNOZ,
as surviving daughter

    Plaintiffs,
vs.

CITY OF MIAMI, a municipality

    Defendant.
_____/

## MOTION TO DISMISS

Defendant, CITY OF MIAMI, by and through undersigned counsel, pursuant to *Federal Rule of Civil Procedure* 12 and **Southern District of Florida Local Rule** 7.1, hereby files this Motion to Dismiss, and states:

## INTRODUCTION

This is a purported civil rights action stemming from a motor vehicle collision. Plaintiff alleges two (2) unnumbered causes of action against the City of Miami: Negligence and Civil Rights Violation under 42 U.S.C. § 1983. The claim under 42 U.S.C. § 1983 must be dismissed because the allegations fail to state a cause of action.

## MEMORANDUM OF LAW

This is an action brought by Milly Munoz, as personal representative of the Estate of Javier Munoz, deceased, on behalf of the Estate and Milly Munoz against the City of Miami for negligence and civil rights violation. Plaintiff claims that on November 9, 2015, a criminal

driving a motor vehicle struck her father who was riding a bicycle. Plaintiff's father died from his injuries. Plaintiff asserts that the criminal was fleeing a high-speed pursuit by City of Miami police vehicles. *Complaint*, para. 5.

Plaintiff has sued the City of Miami claiming specifically, *inter alia*, that the City of Miami "acted in a grossly reckless manner in the operation of the previously described vehicles, thereby demonstrating reckless disregard for the life of innocent people on the roadway at the time of the subject collision." *Complaint*, para. 12.

The Complaint fails to identify any specific Constitutional provision allegedly violated. The language "shocks the conscience", however, is formulaically ascribed to claims for violation of Substantive Due Process under the Fourteenth Amendment to the United States Constitution. *Complaint*, para. 11; *see e.g. Collins v. Harker Heights,* 503 U.S. 115, 128, 129 (the cognizable level of executive abuse of power is that which shocks the conscience).

The situation before this Court has been addressed by the United States Supreme Court. *Cty. of Sacramento v. Lewis*, 523 U.S. 833 (1998). In *Lewis*, the Supreme Court held that police officers do not violate substantive due process by causing death through deliberate or reckless indifference to life in a high-speed automobile chase aimed at apprehending a suspected offender. *Id.* at 836. "The issue in this case is whether a police officer violates the Fourteenth Amendment's guarantee of substantive due process by causing death through deliberate or reckless indifference to life in a high-speed automobile chase aimed at apprehending a suspected offender. We answer no… ." *Id*. at 836.

2

## CONCLUSION

Accordingly, Plaintiff's unnumbered Civil Rights Violation Count must be dismissed with prejudice. This Court should then refuse to accept jurisdiction of the remaining state law Negligence claim and remand this matter to state court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> VICTORIA MÉNDEZ, City Attorney
> HENRY J. HUNNEFELD, Sr. Assistant City Attorney
> Attorney for the City of Miami
> 444 S.W. 2nd Avenue, Suite 945
> Miami, FL  33130-1910
> Tel.: (305) 416-1800
> Fax: (305) 416-1801
> Primary E-mail: hjhunnefeld@miamigov.com
> Secondary E-mail:  aidagarcia@miamigov.com
>
> By: */s/ Henry J. Hunnefeld*
>      Henry J. Hunnefeld, Sr. Assistant City Attorney
>      Florida Bar No. 343811

**SERVICE LIST**
**1:16-cv-20501-FAM**

Joseph I. Lipsky, Esq.
Law Offices of Joseph I. Lipsky, P.A.
Cornerstone One
1200 S. Pine Island Road, Suite 320
Plantation, FL 33324
Jil@Lipskylaw.com
svf@lipskylaw.com

                By:    *s/ Henry J. Hunnefeld*
                          Henry J. Hunnefeld
                          Sr. Assistant City Attorney
                          Fla. Bar No. 343811