UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-CV-22583-RNS

MILLY MUNOZ, as personal
representative of the Estate
of Javier Munoz, deceased, on
behalf of the Estate and MILLY
MUNOZ, as surviving daughter,

    Plaintiff,
v.

CITY OF MIAMI,

    Defendant.             /

**PLAINTIFF'S NOTICE OF DROPPING CIVIL RIGHTS VIOLATION COUNT**

    COMES NOW Plaintiff, by and through her undersigned attorney, and pursuant to Rule 15(a), Fed. R. Civ. P., and files this Notice of Dropping Civil Rights Violation Count, as plead in paragraphs eleven through fifteen of her Complaint.

    We Hereby Certify a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I certify the foregoing document was served upon Henry J. Hunnefeld, Esq., Attorney for Defendant, hjhunnefeld@miamigov.com and aidagarcia@miamigov.com.

                                       **LAW OFFICES OF**
                                       **JOSEPH I. LIPSKY, P.A.**
                                       *Counsel for Plaintiff*
                                       Cornerstone One – Suite 320
                                       1200 S. Pine Island Rd.
                                       Plantation, Florida 33324
                                       (954) 693-0073 – Telephone
                                       Email – Jil@lipskylaw.com
                                       Alt. Email– svf@lipskylaw.com

                                       S/ Joseph Lipsky
                                       JOSEPH I. LIPSKY